**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**


IVANONNA PUELLO,

                              Plaintiff,

-vs-                                                          Case No.  2:09-cv-485-FtM-99SPC

EAGLE CONCRETE SYSTEMS, INC. a Florida
profit corporation; MICHAEL J. LEANNAH
individually; CARMEL M. LEANNAH
individually,

                              Defendants.

_____


**ORDER**

      This matter comes before the Court on the Plaintiff, Ivanona Puello's Motion to Compel the

Plaintiff's First Set of Interrogatories (Doc. #22) filed on July 12, 2010.  The Federal Rules state

that, "[t]he party upon whom the request [for production] is served shall serve a written response

within 30 days after the service of the request." Fed. R. Civ. P. 34(b). On August 24, 2010, the Court

enlarged (Doc. # 29) the time to file time for the Defendant to file its answers to the discovery up

to and including September 23, 2010.  On September 23, 2010, the Defendant filed its Memorandum

in Response to Motion to Compel (Doc. #30) indicating the responses have been filed.   Therefore,

the Motion is now Moot.

      Accordingly, it is now

      **ORDERED:**

The Plaintiff, Ivanona Puello's Motion to Compel the Plaintiff's First Set of Interrogatories

(Doc. #22) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___23rd___ day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record